IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| LANDON EARL THOMAS | PLAINTIFF |
| VS. | CIVIL ACTION NO.: 5:24CV35-DCB-LGI |
| PIKE COUNTY | DEFENDANT |

### ORDER

THIS CAUSE comes on this date on the *sua sponte* motion of the Court for an order for a writ of habeas corpus ad testificandum requiring that **LANDON EARL THOMAS, MDOC #108168** (**located** at the South Mississippi Correctional Facility, Leakesville, MS), **to appear in person** for participation in an **Omnibus Hearing** in this matter.

IT IS, THEREFORE, ORDERED that a writ of habeas corpus ad testificandum issue forthwith from this Court directing the Superintendent of the South Mississippi Correctional Facility, Leakesville, MS**,** to transport the above-named to appear before the Honorable LaKeysha Greer Isaac, United States Magistrate Judge, United States District Court for the Southern District of Mississippi, **501 E. Court St., Jackson, MS, Courtroom 6D on May 14, 2025, at 10:30 a.m.** for an Omnibus Hearing in this matter. Thereafter, upon being dismissed by the Court, the above-named will be returned to the above-named institution or to such other institution as is designed by the Warden thereof, where he may be lawfully incarcerated.

SO ORDERED, this the 23rd day of April, 2025.

*/s/ LaKeysha Greer Isaac*
United States Magistrate Judge