6-11-25

May I please Request the proper Paperwork to file an 1983 Complaint. please Thank you

Landon Thomas
#108168

5:24-CV-00035-DCB-LGI