# Motion to Amend

Following the Omnibus Hearing, I would like to change the Relief that I had originally Asked for. I would like to Amend the Amount that I had originally asked for. To the following $800,000.00 and all lawyer and court ~~cost~~ costs and fees to be paid by the defendant.

5:24-cv-00035-DCB-LGI

8-14-25

X Landon Thomas

S.M.C.I.
P.O. 1419
Leakesville, MS 39451