IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LANDON EARL THOMAS, #108168                                      PLAINTIFF

V.                                                 CIVIL ACTION NO. 5:24-cv-35-DCB-LGI

PIKE COUNTY                                                     DEFENDANT

ORDER

BEFORE THE COURT is Plaintiff's Motion to Amend [35] the relief he seeks in this case. Plaintiff is an inmate of the South Mississippi Correctional Institution in Leakesville, Mississippi, and he brings this pro se conditions-of-confinement Complaint under 42 U.S.C. § 1983. Plaintiff is proceeding *in forma pauperis*. *See* Order [8]. On May 14, 2025, the Court conducted a screening hearing and set a discovery deadline of July 15, 2025, and a motion deadline of August 15, 2025. *See* Omnibus Order Setting Deadlines [31].

On August 14, 2025, Plaintiff filed a Motion to Amend [35] the relief he seeks to $800,000 and court costs. In his original Complaint [1], Plaintiff seeks compensatory damages in the amount of $125,000, and punitive damages in the amount of $50,000. Plaintiff's Motion [35] will be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that Plaintiff's Motion to Amend [35] is granted to the extent that the relief Plaintiff seeks in this case is amended from a total of $175,000 to $800,000 and court costs.

**SO ORDERED AND ADJUDGED,** this the 9th day of October, 2025.

                                             s/ *LaKeysha Greer Isaac*
                                             UNITED STATES MAGISTRATE JUDGE