SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 10 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

Dear Judge Isaacs,

I'm sending you this letter in Response to the new Motion I'm submitting "Motion to Submit Newly Discovered Evidence." This in fact is not new evidence, I signed a form giving The Defendant permission to obtain my Medical Records or full Jail Medical Records. The following Items on my Exhibit list are all items pulled from my file. They had Complete access to my whole file, they failed to show these items, which are Crucial to my claim. This is not newly discovered to them only newly discovered evidence to me. Take In Consideration that I did not have these items, and I could not have obtained these items on my own. They come from another case's defense records #5:24-cv-5-DCB-ASH for the Record these are Actual and true Records in my Medical file. So ~~If~~ you may, Grant

this Motion. I don't know the exact Motion nor do I have the Experience in Court procedures so please grant my Motions.

Civil # 5:24-cv-00035-DCB-LGI

Respectfully,

Landon Thomas #108168

S.M.C.I.
P.O. Box 1419
Leakesville, MS 39451